UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00221-D4

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| NAYTHAN ANTHONY COZ, | ) |  |
| a/k/a "Cali Lok," | ) |  |
|  | ) |  |
| Defendant. | ) |  |

For good cause shown, defendant, NAYTHAN ANTHONY COZ's, Motion to Seal Motion is hereby GRANTED.

SO ORDERED, this the **17** day of November 2020.

James C. Dever III
United States District Judge