UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00221-D4

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| NAYTHAN ANTHONY COZ, | ) |
| a/k/a "Cali Lok," | ) |
| | ) |
| Defendant. | ) |

For good cause shown, defendant, NAYTHAN ANTHONY COZ's, Motion to Seal Motion is hereby GRANTED.

SO ORDERED, this the 19 day of January 2021.

James C. Dever III
United States District Judge