UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00221-D4

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| NAYTHAN ANTHONY COZ, | ) |
| a/k/a "Cali Lok," | ) |
| | ) |
| Defendant. | ) |

For good cause shown, defendant, NAYTHAN ANTHONY COZ's, Motion to Seal Motion is hereby GRANTED.

SO ORDERED, this the __9__ day of March 2021.

*James C. Dever III*
United States District Judge